NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL VENTURES II LLC,**
*Appellant*

v.

**GREAT WEST CASUALTY COMPANY, BITCO GENERAL INSURANCE CORPORATION, BITCO NATIONAL INSURANCE COMPANY,**
*Appellees*

---

2017-1813, -2104

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01706 and IPR2015-01707.

---

**ON MOTION**

---

**O R D E R**

Intellectual Ventures II LLC moves unopposed to consolidate the above-captioned appeals. Intellectual Ventures II separately moves unopposed for a 60-day extension of time, until August 29, 2017, to file its opening brief in the consolidated appeal.

Upon consideration thereof,

Case: 17-1813   Document: 16   Page: 2   Filed: 06/07/2017

2  INTELLECTUAL VENTURES II LLC v. GREAT WEST CASUALTY
                  COMPANY

IT IS ORDERED THAT:

(1)  The motion to consolidate the appeals is granted. The revised official caption is reflected above.

(2) The motion for an extension of time is granted.

            FOR THE COURT

            <u>/s/ Peter R. Marksteiner</u>
            Peter R. Marksteiner
            Clerk of Court

s25